IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RANDY GUINN                                                                                              PLAINTIFF

v.                                            Case No. 4:25-cv-4024

DR. DAVIS                                                                                              DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 21. Judge Singleton recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to prosecute this matter and for failure to obey Orders of the Court. No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court hereby adopts the R&R (ECF No. 21) in toto. Accordingly, Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**. Defendant's Motion to Dismiss (ECF No. 14) is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 10th day of November, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge